1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GARY BARGER,                            No.  2:14-cv-2482 DAD P

12                 Plaintiff,

13           v.                               ORDER

14    R. J. RACKLEY,

15                 Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 plus the $50.00

19    administrative fee nor has he filed an application to proceed in forma pauperis. See 28 U.S.C. §§

20    1914(a) & 1915(a).  Plaintiff will be granted thirty days to pay the filing fee in full or submit a

21    properly completed application to proceed in forma pauperis.

22          Plaintiff is cautioned that the in forma pauperis application form includes a section that

23    must be completed by a prison official, and the form must be accompanied by a certified copy of

24    plaintiff's prison trust account statement for the six-month period immediately preceding the

25    filing of this action.

26          In accordance with the above, IT IS HEREBY ORDERED that:

27          1.  Plaintiff shall submit, within thirty days from the date of this order, either the $350.00

28    filing fee plus the $50.00 administrative fee or a properly completed application to proceed in

1

forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in dismissal of this action without prejudice; and

2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

Dated:  October 31, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/kly
barg2482.3a

2