UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BARGER,<br><br>        Plaintiff,<br><br>    v.<br><br>R. J. RACKLEY,<br><br>        Defendants. | No.  2:14-cv-2482 DAD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: January 7, 2015

/md
barg2482.59

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1